```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 17742
   DAVID B WIDELL
   ELIZABETH ENGH-WIDELL                        CHAPTER 13

                                                JUDGE: BRUCE W BLACK
         Debtor
   SSN XXX-XX-5585    SSN XXX-XX-1292
```

---
                TRUSTEE'S FINAL REPORT AND ACCOUNT
---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 07/10/08 and confirmed on 09/11/08.

    2.  The case was converted to Chapter 7 after confirmation, 01/07/2009.

    3.  The Debtor paid a total of $   598.99 .

    4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| BANK UNITED | CURRENT MORTG | .00 | .00 | .00 |
| BANK UNITED | MORTGAGE ARRE | 42166.66 | .00 | .00 |
| AMERICAN GENERAL FINANCE | SECURED VEHIC | .00 | .00 | .00 |
| WELLS FARGO FINANCIAL AC | SECURED VEHIC | .00 | .00 | .00 |
| WHEATLANDS | SECURED | 553.73 | .00 | 138.42 |
| FISHERMANS VILLAGE | UNSECURED | NOT FILED | .00 | .00 |
| AAA FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| BECKET & LEE LLP | UNSECURED | NOT FILED | .00 | .00 |
| BECKET & LEE LLP | UNSECURED | NOT FILED | .00 | .00 |
| FIA CARD SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| FIA CARD SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| BY REFERRAL ONLY | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CHASE MANHATTAN BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| CHASE MANHATTAN BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| CHASE MANHATTAN BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| CHASE MANHATTAN BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| CITIBANK NA | UNSECURED | NOT FILED | .00 | .00 |
| CITIBANK NA | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| CITIFINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| DISCOVER BANK | UNSECURED | NOT FILED | .00 | .00 |
| FNCB PREFERRED CHARGE SP | UNSECURED | NOT FILED | .00 | .00 |
| DOWN TO EARTH LANDSCAPE | UNSECURED | NOT FILED | .00 | .00 |
| DUVERA | UNSECURED | NOT FILED | .00 | .00 |
| FIA CARD SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| GATEWAY RETAIL SERVICES/ | UNSECURED | NOT FILED | .00 | .00 |

```
GEMB                         UNSECURED       NOT FILED                 .00           .00
GEMB                         UNSECURED       NOT FILED                 .00           .00
GEMB                         UNSECURED       NOT FILED                 .00           .00
GOLDEN RULE FAMILY PRACT     UNSECURED       NOT FILED                 .00           .00
HINSDALE FAMILY MEDICINE     UNSECURED       NOT FILED                 .00           .00
HOME PAGES                   UNSECURED       NOT FILED                 .00           .00
HSBC                         UNSECURED       NOT FILED                 .00           .00
ISPC                         UNSECURED       NOT FILED                 .00           .00
NTB CREDIT PLAN              UNSECURED       NOT FILED                 .00           .00
LABORATORY CORP OF AMERI     UNSECURED       NOT FILED                 .00           .00
LADIES WORKOUT EXPRESS       UNSECURED       NOT FILED                 .00           .00
PORTFOLIO RECOVERY ASSOC     UNSECURED       NOT FILED                 .00           .00
PORTFOLIO RECOVERY ASSOC     UNSECURED       NOT FILED                 .00           .00
FIA CARD SERVICES            UNSECURED       NOT FILED                 .00           .00
ORTHOPAEDIC ASSOC OF DUP     UNSECURED       NOT FILED                 .00           .00
PHYSICIAN BILLING SERVIC     UNSECURED       NOT FILED                 .00           .00
SALLIE MAE GUARANTEE SER     UNSECURED       NOT FILED                 .00           .00
SECURITY CREDIT SYSTEMS      UNSECURED       NOT FILED                 .00           .00
SIGMA HEALTH                 UNSECURED       NOT FILED                 .00           .00
SALLIE MAE                   UNSECURED       NOT FILED                 .00           .00
SUBURBAN CHICAGO NEWSPAP     UNSECURED       NOT FILED                 .00           .00
LIQUIDEBT SYS                UNSECURED       NOT FILED                 .00           .00
ROUNDUP FUNDING LLC          UNSECURED       NOT FILED                 .00           .00
BILLING CENTER               UNSECURED       NOT FILED                 .00           .00
US CELLULAR                  UNSECURED       NOT FILED                 .00           .00
WASHINGTON MUTUAL CARD S     UNSECURED       NOT FILED                 .00           .00
WEBTEK SYSTEMS               UNSECURED       NOT FILED                 .00           .00
WFNNB                        UNSECURED       NOT FILED                 .00           .00
YOUSSEF E AKL                UNSECURED       NOT FILED                 .00           .00
```

Summary of disbursements:

```
                      SECURED      PRIORITY     UNSECURED         OTHER         TOTAL
TOTAL CLMS ALLOWED    42720.39          .00           .00           .00      42720.39
PRINCIPAL PAID          138.42          .00           .00           .00        138.42
INTEREST PAID              .00          .00           .00           .00            .00
TOTAL PAID              138.42          .00           .00           .00        138.42
```

The Debtor's attorney, JOHN A REED                     , was allowed $   3500.00
and was paid $   1026.00   direct and $    428.34   through the plan.

The Trustee received $       32.23 .

Refunds to the Debtor totaled $        .00 .

  Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 02/18/09                    /S/
                              GLENN STEARNS
                              CHAPTER 13 TRUSTEE

```
                         PAGE  3
    CASE NO. 08 B 17742 DAVID B WIDELL & ELIZABETH ENGH-WIDELL
```